In the Matter of the Claim of NELSON SHARP, Respondent, against QUEENSBORO CORPORATION et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued January 7, 1930; decided January 17, 1930.)

*Frank L. Ward* and *Harry E. Wareham* for appellants.
*Hamilton Ward, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.